1

Recording Requested by
Private Attorney General

2

**When Recorded Mail to:**

3

Name:  Mary Bochum

4

Address: c/o P.O. Box 511

5

Zip :  Spring Valley, Ca (91976)

6

FILED

08 APR -7 PM 3: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    _ECC_    DEPUTY

Space above this line for Recorder

7

8

# UNITED STATES DISRICT COURT

9

# Southern District of California

To:

10

U.S. Attorney

11

880 Front St.

12

San Diego, CA 92101
Alien Tort Claim Act

13

'08 CV 0629 H

Civil **L COMPLAINT**

14

**Affidavit of information**

Mary Bochum

15

**Affidavit of Obligation/ Truth**

Plaintiff,

16

**"True Bill in Commerce" By the**

**vs**

17

**Petitioner, (Mary Bochum),**

Bob Pedrino and Helen Pedrino

18

**A.K.A., Creditor/ Lien Claimant**

Defendant

19

**Felony, High Crimes and Racketeering**

20

**Influenced and Corrupt Organizations**

A) Invasions of **TITLE 47 > CHAPTER 5 >**

21

**SUBCHAPTER V** Sec. 223.  the Law of the Nations/ United Nation Protocols:

22

the Universal Declarations of Human Rights,  the International

23

Covenant on Civil and Political Rights,  and United Nations Human

24

Right Committee, also the Universal Declarations of Human Rights,

25

(18 United States Code 4 Federal

26

Rules of Criminal Procedure, Rule 3.

27

( **Request for a Special Grand Juries Investigations**)

28

Criminal Complaint & Demand for Grand Jury Review

Mix War and Domestic Terrorists threat - 1 -

CR

**THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION.**

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) "True Bill in Commerce" in support of a Criminal Complaint.**

I, ( Mary Bochum ), the Complainant/ Affiant in the instant matter, am reporting, by Affidavit of Obligation, and am giving **(Public Caveat Notice, that the General Public Act Large is in Jeopardy , Due to the Outrageous Unethical Business Practice of Insolvent Private Corporation Willful International Covenant on Civil and Political Rights, and United Nations Human Right Committee, also the Universal Declarations of Human Rights, united States of America and all Respondents  listed in below/ Malfeasants should be subjected to this Alien Tort Claim Act**  to the office of the  California Attorney General believed to be the Competent **Authorities to which Knowledge of criminal action should be reported.**  This "True Bill in Commerce" Affidavit of Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

**"Whoever, having knowledge of the Actual commission of a felony cognizable by a court of the United States**, conceals, and does not as soon as possible make known, the same to some Judge or other person in civil or Military authority under the United States, shall be fined

not more than $500.00 or imprisoned not more than three years, or both." Federal Rules of Criminal Procedure Rule 3 States:

"The complaint is a written statement of the essential fact constituting the offense charged.  It shall be made upon oath, before a magistrate." Pursuant to the Rome Convention, Etc.

**In order for a crime to exist, four elements must exist.  First** there must be a clearly defined crime or criminal action.  **Second,** there must be a victim.  **Third that** the victim must have been damaged or injured, and **fourth,** the criminal intent must be established on the part of the accused. **Without proof of all four elements, no action can be considered criminal.**

In this matter the complainant affiant is the victim, the Commercial Affidavit set the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused/Libel / Harassments/ Domestic Terrorists threats,  Despite of Caveat Notice to cease and Desist ,Etc.

**PARTIES OF INTEREST**

Petitioner at all times mentioned is  Mary Bochum and Associates Respondent at all times mentioned is  Robert/Bob Pedrino Pedrino & Helen Pedrino.

### STATEMENT OF FACTS

I Mary Bochum Acting Private Attorney General, declare and attest that information mention on how the General Public at large is in

Criminal Complaint & Demand for Grand Jury Review

Mix War and Domestic Terrorists threat - 3 -

Jeopardy due to the Outrageous Unethical Business Practices, the

Affirmative Fact by the Respondents Robert/Bob Pedrino & Helen Pedrino

Dismay at his Original Insolvent Mortgage Lenders failed to give

disclosure Pursuant to the Truth and Lending Act  that all three

lender/ Insolvent Mortgage Lenders did not give Bob a loans Rather the

Records show these were Investments into the open Market, aka  alleged

sold as loans under the color of office and state law which cause the

**Posting in the New Paper for Public Records  to the General public of**

**the Violations of the Fair Debt Collections Act** and the Ultimate fact

Bob & Helen **Original Insolvent Mortgage Lenders  are in Class Action**

**Lawsuit Settlement Agreement for the 50 states by the Illinois/New**

**York Attorney General against the Insolvent Mortgage Lenders has**

**further Breach the settlement agreement  for the 50 state by  giving**

**Bogus loans** to  Robert/Bob Pedrino & Helen Pedrino ,    were never

given full Disclosure by their **Original Mortgage Lenders did not loan**

**any Lawful Money , and Bob Original Insolvent Mortgage Lenders also**

**fail to give full Disclosure of the Settlement agreement has been**

**breach  (Were in fact a  100% Mere Investment into open market)** the

End Result Joint- Tenant Robert/Bob Pedrino & Helen Pedrino look to

Private Investors /Independent  Investors who not a Party to the

Original Insolvent Mortgage Lenders and they share with them the

Investor Missions  Primary Directive to come together and aid home

owners who in Distress has  other options that available to due Bad

Credit/ Rescission of the Deed of Trust under the status of fraud/

Walk Away of Property that in distress due to Predatory Lending  of

Prime Loans and further  Alternative to Received full Reconveyance on

1  the Deed of trust even thou the Original Insolvent Lender who

2  Misrepresented as a Loan  & Settlement / Power of Attorney to do a

3  Short Sale & Negotiate Discount of the Note and  Agreement between the

4  Parties were agreed between Bob and the Investor.

6  I Mary Bochum , declare and attest Joint- Tenant Robert/Bob Pedrino &

7  Helen Pedrino Breach the Original Agreement that he made with this

8  Investor by terminating and Bar them from Negotiate/ Payoff of the

9  short sale All of his Independent Contractor the same date this

10 Investor had to leave out of town to take care of a Family Emergency

11 and the Respondents Robert/Bob Pedrino.  Pedrino Knew or should have

12 known for nowhere on the phone conference for several hour Bob nor his

13 wife never once reveal their contentions nor new discovery after 90

14 day  after the agreement of with this Investor Bob's wife Helen

15 disclosed to me that their son was funded( she didn't go into detail

16 maybe her son won the Lottery) and she  further mention out of the

17 clear blue sky his plan on paying off all the property ,Bob started

18 Pretending as if his suffering for temporary Memory loss or Alzheimer

19 under the color of office and state law libel name and Character

20 of the Investors  and further Conspire by use of Allege   he

21 been trying to get in contact with Mr. Breland

23 I Mary Bochum Acting Private Attorney General, declare and attest

24 Unveil this Conspiracy to aid Bob in his temporary Alzheimer/ Memory

25 loss  of Writing agreement between Bob and this  Investor is not

26 operating a charity Organization and Bob should take Responsibility

27 and  cure the situation , I can not give Bob any legal advice and

28 despite of  Exhibit Symptom of person suffering Memory loss is more

1  Medical than legal, and I certainly don't Remember there been any

2  babysitting Rate set, Exempting Bob from taking care of his own

3  Responsibilities ,  in good faith, I admonish  Bob to stop this

4  Artificial Grade school Reasoning ,Willful Negligence due to pride is

5  the only thing that's hindering Bob from going back to the round

6  table, Cure and defects any  give considerations for the time that was

7  invested prior to Bob  Breach agreement by terminating / Bar all

8  fiduciary Indenture Independent Contractors from carry out their

9  assignment , After I Reveal to Bob the New Discovery what his wife

10  slip out and disclosure to me about their son Funding 90 day after his

11  being in the Investment Project to Aid Home Owner agreement were enter

12  into, in good faith I mentions at the Phone conference for several

13  hours and this would have been a great time to give notice

14  Rescissions of agreement in Good Faith ,  fortunately  Bob's Temporary

15  Memory loss made a come back to his senses  because I further Reminded

16  him all the Mention in the above was a willful Breach of Agreement

17  without conscious disregard for the Parties who come to Aid this

18  Vessel in Distress,  Bob email me ,and he mention, he no longer needed

19  the service , I Return the e-mail and  Reminded him that, I am not a

20  party for I have no agreement with you , and Please Redirect all

21  Notices to the Investors,

22  

23    I Mary Bochum have further Reason to believe Bob's Pride could not

24  allow him to Approach this Investor perhaps due to great

25  Embarrassment, that I made have Disclosure some sensitive Information

26  about Bob & Helen well plan out Conspiracy, and the Affirmative fact

Criminal Complaint & Demand for Grand Jury Review

1  Bob Corporate Politic Political Argument and Debates Begin and he

2  Continue to use  Harassing email, making all Source of Presumptuous ,

3  unfounded claims and I personal felt the email was use as a form of

4  Harrassments, aka Domestic terrorist threats, Political Arguments &

5  Debates and I felt that my personal safety was in Jeopardy, so I email

6  Bob & **Helen**  a **Caveat Final Warning: to Cease and Desist all email**

7  and I email him a copies of **TITLE 47 > CHAPTER 5 >   SUBCHAPTER V** Sec. 223.

8  And mention I have and will Report his Morbid / Neurotic Misconduct &

9  Outrageous and  Unethical Behavior to the Attorney General, and I file

10  this complaint not as a mean to delay , the Affirmative **fact Bob**

11  **Contention under the color of office and state law ,continue to**

12  **send harassing  email** of Presumptuousness and conclusion  Owners of

13  Mortgage without any foundation that a Neutral Party one Moore ,

14  allegations of Business card, 5 Count he allege from a Public

15  Authority District Attorney,  perhaps Bob is on Medication and he

16  forgotten to take his Medications the Doctor may have Prescribe  to

17  him or all his Contention maybe due to the Essential fact, I let the

18  cat out of the bag, Bob maybe still upset because I unveil / Reveal

19  his Conspiracy, and this is when the Corporate Politic Political

20  Argument and Debates Begin for **the truth is a lonely business , No one**

21  **want to hear it.**

22  I, ( Mary Bochum ), the Complainant/ Affiant further declare and

23  attest that both Bob & his wife Helen should be subjected to this

24  Alien Tort Claim Act/ Criminal Complaint/ True Bill in Commerce , and

25  Letter-Rogatory / Waiver further subjected to the civil liability

pursuant to Article 9 of the Uniform Commercial Code , Perfection of

Secure Instrument, Rebuttal within Specified Period of time  point for

point under the penalty of perjury ,and under full Commercial

Liability by all  Respondents/ Malfeasants  And Associates Silent

Parties.


**Domestic Mixed War-** a mixed war is one which is made on one side

of Public Authority, and the other by mere private person, (Black's

Law Dictionary 5th Ed. Page 1420).  War does not exist merely because

of an armed attack by Military forces of another nation until it is a

condition recognized or accepted by political authority of Government,

which is attacked either through an actual declaration of war or other

acts demonstrating such, criminally under Title 18, Section 4, civilly

under Title 42, Section 1983, 1985, 1986, position emphasis added:

(Sun. V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

**Mixed war** is the disintegration of peace: Webster's states: "A

**State of hostility, conflict, or antagonism, a struggle between**

**opposing forces,**" not necessarily open, violent, armed confrontations,

although a continued state of disrupted peace by any forced lead to

open armed conflict.


Malfeasance of office by such wrongful action, these individuals have

acted with malfeasance under the Colour of office and International

law , Mental state was to cause willful and deliberate  injuries and

harm, by breach of Agreement  Misrepresentation & conspiracy in

avoidance of given Consideration ,Etc.

Criminal Complaint & Demand for Grand Jury Review

Mix War and Domestic Terrorists threat - 8 -

In addition to and along with the above cited Damages cause by Human Right Violations, the accuser's acting in concert with such so Complete such acts as listed as follows:

**Obstructing enforcement** (a) whoever holds, or returns any person to a condition of Restraint with the intent of placing him or returning him to a condition/ violation of civil/ human rights shall be fined under Title or Imprisoned not more than 10 years or both. (b) Whoever obstruct, or in any way interfere with, or prevent the enforcement of this section shall be liable to penalties prescribed in subsection (a) Source (June 25, 1948) ch. 645, 62 Stat. 772 Pub. 1-103-322, Title xxxiii sec 330016 (1) R) Sept. 13 1994 108 stat. 2147. Pub. 104-208 Div. Title 2 Sec 218 (a) Sept. 1996. 100 Stat. 3009 J 73.

**Fraud- Misrepresentation**

Permitting shown and demonstrated Acts  under the Status of fraud and Actively participating in a scheming conspiracy of untruths and misrepresentation to deceived the Public at Large and those who entrusted themselves in dealing in good faith, while specifically acting **in deliberate bad faith within such fraud was shown** (Cal. Penal Code sec. 532 18 USC 1001).

**Conspiracy-**

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary).  Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit

1  Racketeering.

2

3       Is the combination of the above identified crimes.  Title 18

4  United States Codes Section 1961 (RICO) defines it as involving a host

5  of patterned criminal actions that includes but is not limited to an

6  **act or threat** , **Fraud**  , kid napping, gambling, arson, **and as in the**

7  **instant case**, robbery, bribery, extortion, murder, **misrepresentation**,

8  **etc..**

9

10

11 The explanation of crimes Element, Human Rights Violation, mention in

12 the above stem from other hidden Silent / Secret  Conspiracy , being

13 forced upon the general public at large/ the People of this California

14 Republic and the International Communities.  Such Crimes and this

15 Affidavit of Information, is registered in the overall context of the

16 Bankruptcy of the United States the, District of Columbia) as per

17 Jurisdiction set forth In the U.S. Constitution Article 1, section 8,

18 clause 17, and 18 and Article 4, Section 3, clause 2) the United

19 States Bankruptcy is a direct result of the Federal Reserve act of

20 Dec. 22, 1913, in which the delegated authority of Congress to be

21 Responsible for the Nation's currency was unconstitutional and was

22 clearly reiterated on march 17, 1993 on the floor of the House of

23 Representatives by James Traficant, Jr. (Ohio) addressing the House,

24 it is recorded in the United States Congressional Record, Wednesday,

25 March 17, 1993, vol. 33 page HI303:

26

27

28

1    "Mr. Speaker, we are here now in chapter 11, member of congress are

2    official trustees presiding over the greatest reorganization of any

3    bankrupt entity in world history.  The U.S. Government," he further

4    mentioned, "the U.S. attorney general the "permanent member" to the

5    Secretariat of the Interpol operation and the Secretary of the

6    Treasury , the "alternate permanent member" under article 30 of the

7    constitution , and regulation of Interpol 22 USC 263 (a), **the agents**

8    **are required to renounce their allegiance to their respective**

9    **countries and expatriate consequently, all "public servant" official,**

10   **Congressmen, politician, Judges, attorney, law enforcement personnel,**

11   **the states and their various agencies are express agents of the**

12   **foreign principal.  Private Municipal Corporation in behalf of the**

13   **United States A) A Federal Corporation title 28 U.S.C. Section 300(5)**

14   **chapter 176 mentions in the United States is a Corporation 534 federal**

15   **supplement 724.**

16   **This  Enterprise should be subject to 28 USC sec 4 of the**

17   **commission of crimes cognizable by a court of the United States.**

18   Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a

19   counterfeited security of **a State or political subdivision thereof or**

20   **of an organization,** or whoever makes, utters, or possesses a forged

21   security of a state or political subdivision thereof, organization

22   **with intent to deceive another person, organization, or government**

23   **shall be fined not more** than $250,000 or imprisoned not more than ten

24   (10) years or both."  Among securities defined at

1    18 USC sec 2311 is included: **"evidence" of indebtedness, which in a**

2    **broad sense may mean anything that is due and owing, which would**

3    **include a PROFORMANCE** /DUTY, OBLIGATION, OR   RIGHT OF ACTION.

4

5    **Letter-Rogatory/ Waiver of Contractual Right of Implied Contracts,**

6    **agreement Between the Parties**

7            **Caveat Notice:** provisions of this Implied agreement between the

8    Parties, shall not be construed as a waiver or limitation of that

9    Secure Party's right agreement.  I,(Mary Bochum), shall not be deemed

10   to have waived right under this agreement unless such waiver is given

11   in writing and signed by All Right Reserved Waiver ,None Ever  No

12   delay or omission on the part of the Secure Party's Mary Bochum in

13   exercising a right shall operate as waiver of such right or any other

14   right.  A waiver by the  Secure Party's Mary Bochum of a provision of

15   this agreement shall not prejudice or constitute a waiver of the

16   Secured Party's  Mary Bochum at all time mention has the right

17   otherwise to demand strict compliance with that provision or any other

18   provision of this agreement.  No prior waiver by (Mary Bochum) nor any

19   course of dealing between  (Mary Bochum), and the Debtor the

20   Robert/Bob Pedrino & Helen Pedrino and Associates/ Malfeasant's shall

21   constitute a waiver if Default for failure to Cure All Human Rights

22   Violation of the Secure Party within time specified , said Breach of

23   Duty  , Forfeitures of  All Respondents/ Debtor  are obligations under

24   this agreement as to future Transactions, Pursuant to the Guideline of

25   Article 9 of the Uniform Commercial Code / United Nation  Geneva

26   Convention  , The Rome Convention,  Title 11 Adversary Proceeding

27            Criminal Complaint & Demand for Grand Jury Review

28       Mix War and Domestic Terrorists threat - 12 -

according to Bankruptcy Code , further Waiver of Rights  Waiver of

Rights to  101(5) of the Bankruptcy Code,  and section 54-70 Right to

Payment ,  Waiver also includes Section 2242 / Section 2244 / Section

2246-50 provide that property shall be used to satisfy those creditors

who have a lien against  the Property , and that the lien-holder shall

be paid   ,whether reduce to Judgment , Liquidated, fixed contingent,

secure or unsecured; or right to equitable remedy for breach of

performance is subjected to the Remedies under the guideline of

Article 9 of the Uniform Commercial Code , further agreement between

the Parties, waiver to the Insolvency Act/  the Secure Party /Lien

Claimant who has a lien against said property , and the lien holder

shall be paid pro rata if the value of the property is insufficient to

pay all lien holders in full,  whenever the consent of is required

under this Agreement, the granting of such consent by the secure party

in one instance shall not constitute consent over the whole.

UNITED NATIONS RESOLUTION #26

# The Universal Bill of Rights

A resolution to improve worldwide human and civil rights.

**Description:** Recalling the many egregious infringements of human rights,

Recognizing the need to protect basic human rights,

Deploring any acts by government at the sake of human rights,

Criminal Complaint & Demand for Grand Jury Review

Mix War and Domestic Terrorists threat - 13 -

1  Determined to put an end to the violation of human rights,

2

3  The United Nations shall endorse what will be called the Universal Bill of Rights, the

4  articles of which are as follows:

5

6  Article 1 -- All human beings have the right to choose worship any faith, and to

   change their religious beliefs at any time without punishment on the part of the

7  state.

8

9  Article 2 -- All human beings have the right to express themselves through speech and

10  through the media without any interference.

11

12  Article 3 -- All human beings have the right to peacefully assemble.

13

   **Article 4 -- All human beings have the right to be treated equally under the law of**
14  **any member nation**

15

16

17

18  UNITED NATIONS RESOLUTION #53

19
   # Universal Freedom of Choice
20

21  A resolution to improve worldwide human and civil rights.

22  **Description:** Aware that sometimes, all choices we face are an illusion, but nonetheless
   strongly believing that as humans, we are entitled to make them ourselves,
23

24  Reiterating that freedom of choice is a defining element of our very humanity and the
   inalienable right of all humanity,
25

26  Alarmed that there are those among us who seek to limit our ability to choose, including but
   not limited to political, educational and consumer choice,
27

28  Further alarmed that individuals can be influenced and their ability to decide limited through
   cultural conditioning,

   Criminal Complaint & Demand for Grand Jury Review

   Mix War and Domestic Terrorists threat - 14 -

**Deeply disturbed that** the practice of subliminal advertising appears to erode the **fundamental human trait of free will,**

Noting with concern that in the wider world, the populations of entire nations repeat non sequesters issued by the State and remain in profound ignorance of the world around them,

Recalling the Resolution "Universal Bill of Rights" and Articles 1, 2 and 3 in particular,

Approving of past Resolutions restricting personal freedoms in the interests of moral decency,

Stressing that humanity has an innate curiosity about the world, and welcoming all efforts to permit this curiosity to reach its full potential,

1) **Urges all members of the United Nations to recognize that a populace granted the freedom to make choices in life is a happier, more content and more productive society;**

2) Strongly encourages leaders to imagine how different the world could be, if from an early age, people were free to exercise genuine choice in what they read, watched and learnt;

3) Recognizes that the most basic human characteristic is that of curiosity - the ability to wonder, ask questions, and seek answers, and affirms its belief that no State should limit its people's freedom to do this;

4) Expresses its conviction that individuals should not be judged by society for the decisions they make, provided these decisions meet the condition set in Clause 5a of this document;

5) Declares and enshrines in law the freedom of all people to make choices according to their own conscience, particularly with regard to their philosophy of life, social/cultural development and awareness of the world, without unreasonable interference from the State, subject to the following limitations:

a) The decisions taken do not directly inflict physical harm on the individual making them or physical or psychological harm on others; where this is the case, normal criminal law of the country in question applies,

b) The legal guardian of any minor or physically or mentally incapable individual, the latter as defined in the Resolution "Fair Treatment of Mentally-Ill", remains responsible to make informed choices and decisions on their behalf, in accordance with any applicable rights and health and safety legislation laid down by the State,

c) **The right to choose with regard to services** only extends to existing services, and

does not mandate the creation of private health and education sectors in nations where provision of public services is a State monopoly, while the right of the State to later deregulate nationalized services, or choose not to do so, remains unaffected;

6) Declares a moratorium on the use of subliminal advertising pending independent internationally-coordinated research into its effects on the capacity of individuals and wider society to make rational decisions.

**UCC 3-103 fraud, misrepresentation, duress, Estoppels, Bankruptcy, principal and agent law of contract.**

UCC 3-103.  Duty to act in good faith requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403.  Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) **offer/ consideration/ Acceptance**

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Acceptance for Value of Alien Tort Claim Act of Malfeasants**

**Payment of TEN Million Dollars, Lawful Money U.S. $10,000,000.00**

**Or Partial Assignment of $ 100,000.00 Per day**

Nature of Crime                     Damage Penalty          Authority of

                                                            Damage

Invasion of International Protocols            $100,000.0      18USC

                                               1001

Under the Status of fraud/

3 counts theft of exemption      $500,000.00      $ 18 USC 872

from count 4 (felony) (18USC 2112) no    $250,000.00      $18USC

                                               3571, 3623

  Conspiracy, Libel, Slanders      $100,000.00          $18USC,

                                               241

Racketeering (Criminal)            $250,000.00          $18USC,

  /Misrepresentations                           1963

                        $250,000.00 per day      $18 USC 872

                  See attachment: **Bill of Exchange** upon default

                        Subtotal amount, see Attachment (A)

Racketeering (Civil Value) Whatever the actual damages are, that can

be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

10 Human /Constitutional Violations

(Human Rights violation)          $ 100,250,000.00

from count      5                 $ see attachment
                  Criminal Complaint & Demand for Grand Jury Review

        Mix War and Domestic Terrorists threat - 17 -

Partial Assignment  table total                $ 100,000,000.00

Racketeering civil penalties                   $ upon default, see exhibit

of Bill of Exchange for said amount of

Tem  Million Dollars.

Mary Bochum), attest and affirm that the above information mentioned

in this affidavit of truth is True and correct to the best of my

knowledge and belief of Events that has taken Places on or around

Oct. 2007 anything mention in the Affirmative should be view as true

and correct also   Caveat Notice , of Delegation of Authority  within

7 days , to the Private Attorney General to Prosecute , this Alien

Tort Claim Act in behalf of Foreign National/ General Public at Large

in Rome According to the Rome Convention of the Alien Tort Claim Act,

Or can please give me your legal Authority,  if you choose not to

prosecute, why each member doesn't fall in the realm of criminal

prosecution of this Alien Tort Claim Act  for Human  Right violations

of the United Nation International Protocols, Resolutions **the**

**International Covenant on Civil and Political Rights, Article  , and**

**United Nations Human Right Committee,   also the Universal**

**Declarations of Human Rights,  Vienna Conventions and the Protocol to**

**aid National who in Distress in or outside Sovereign Territory,**

mentioned in the above.

Henceforth Submitted

*Mary Bochu*

Mary Bochum Acting Private Attorney General

UCC-1 207.7 "Without Prejudice"

Criminal Complaint & Demand for Grand Jury Review

Mix War and Domestic Terrorists threat - 18 -

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Mary Bochum      )
       )
       )
**Plaintiff**      )
       )
**vs.**      )
       )
Bob Pedrino &      )
Helen Pedrino      )
       )
**Defendant**      )

NO. _____

**DECLARATION OF SERVICE**

Person served:

Bob Pedrino & Helen Pedrino

Date served:

4/7/08

**I, The undersigned declare** that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

Criminal Complaint to U.S. Attorney.

**In the following manner:** (check one below)

1) ___ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) _X_ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on 4/7/08

Bob Pedrino & Helen Pedrino
P.O. Box 894112
Temecula, CA 92589

Executed on __4/7__, 2008 at San Diego, California

_____

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MARY BOCHUM

## DEFENDANTS

Boby Robert Pedrino and FelieRM Pedino
P.O. Box 894112, U.S. DISTRICT
temecula ca. 92589

(b) County of Residence of First Listed Plaintiff    SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Riverside
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

c/o PO Box 511
Spring Valley, CA 91976

Attorneys (If Known)

08 CV 0629 H

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☒ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 47 Chp5 Subchapter V Sec 223

Brief description of cause:
Lien Cheon, Racy, High Crimes

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE  4/7/08

SIGNATURE OF ATTORNEY OF RECORD    X Mary Bochum

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____